**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)**

| | |
|---|---|
| RICKEY LEE JARED HARRIS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: GLS 18-3854 |
| ADVANTAGE LENDING, INC., DBA * A-1 PAWNBROKERS 4 & 5, et al., | ) |
| Defendants. | ) |

**ORDER**

On November 19, 2020, Plaintiff, Ricky Lee Jared Harris, filed a letter requesting that the depositions of the Plaintiff and the Defendant should be conducted remotely. (ECF No. 39). Defendant, Advantage Lending, Inc., filed a letter in response on November 30, 2020. (ECF No. 42).

On January 28, 2021, the Court held a discovery dispute hearing on the parties' letters. For the reasons articulated on the record at that hearing, it is hereby **ORDERED**, that:

(1) The Plaintiff's request to have both the Plaintiff's deposition and the Defendant's deposition taken remotely is **GRANTED**;

(2) Neither the Plaintiff's deposition nor the Defendant's deposition shall occur prior to April 2021.

Dated: January 29, 2021      /s/
The Honorable Gina L. Simms
United States Magistrate Judge