IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RICKEY J. HARRIS, | * |
| Plaintiff, | * |
| v. | *   Civil Action No.: GLS 18-3854 |
| ADVANTAGE LENDING, INC. DBA: A-1 PAWNBROKERS 4 & 5, et al, | * |
| Defendants. | * |

## ORDER

Upon consideration of the parties' "Joint Status Report," (ECF No. 51), it is this <u>19th</u> day of July, 2021, hereby **ORDERED**, that

(1) The parties' request to modify the Scheduling Order is **GRANTED**;

(2) The parties shall submit a Joint Status Report in accordance with the schedule below that includes their trial availability for January 2022 through June 2022;

(3) The revised deadlines are as follows:

| Event | Deadline |
|---|---|
| Completion of discovery; submission of post-discovery Joint Status Report | August 30, 2021 |
| Requests for Admission | September 6, 2021 |
| Dispositive pretrial motions deadline | November 30, 2021 |
| Oppositions to dispositive pre-trial motions | December 14, 2021 |
| Replies to oppositions to dispositive pre-trial motions | December 21, 2021 |

/s/
The Honorable Gina L. Simms
United States Magistrate Judge