IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RICKEY L. J. HARRIS,

    Plaintiff,

    v.                                                                         Civil Case No. 8:18-cv-03854-GLS

ADVANTAGE LENDING, INC., DBA:
A-1 PAWNBROKERS 4 & 5, et al,

    Defendants.

## JOINT STATUS REPORT

Plaintiff Rickey Lee Jared Harris ("Plaintiff"), by and through his undersigned counsel, and Defendants Advantage Lending, Inc., D/B/A: A-1 Pawnbrokers 4 & 5 and Said Saab ("Defendants")(jointly "The Parties"), through their undersigned counsel, pursuant to the Court's Paperless Order [ECF 60], hereby file their *Joint Status Report*, and state the following:

### Status of Discovery

The parties have concluded discovery in this matter.

### Readiness for Mediation

The parties agree that mediation would be helpful in this matter and jointly seek to mediate this matter prior to the Dispositive Motions Deadline (February 25, 2022), set forth in the Court's Memorandum to Counsel [ECF 61].

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
|   |   |
|   / s /   |   / s /   |
| Roy Lyford-Pike, Bar Number: 19836 | Jason C. Buckel, Bar No: 24766 |
| Philip B. Zipin, Bar Number: 03932 | T. Lee Beeman, Jr., Bar Number: 19613 |
| Zipin, Amster & Greenberg, LLC | Buckel, Levasseur, |
| 8757 Georgia Avenue, Suite 400 | Pillai & Beeman, LLC |
| Silver Spring, Maryland 20910 | 206 Washington, Street |
| Tel: (301) 587-9373 | Cumberland, Maryland 21502 |
| Email: pzipin@zagfirm.com | Tel: (301) 759-3700 |
|        abizien@zagfirm.com | Email: lbeeman@blplaw.com |
| *Counsel for Plaintiff* |        blplaw@atlanticbbn.net |
| | *Counsel for Defendants Advantage Lending, Inc., D/B/A: A-1 Pawnbrokers 4 & 5 and Said Saab* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of December, 2021, a true and correct copy of the foregoing was served through the CF/ECF system on all parties entitled to service.

  / s /  
By: T. Lee Beeman, Jr., Bar No. 19613